ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT
1574

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>F/V CHLOE Z, et al.,<br><br>    Defendants. | Civil Case No. 96-00055 |
| VJEKO MAZIC<br><br>    Plaintiff-in-Intervention,<br><br>    vs.<br><br>M/V CHLOE Z, et al.,<br><br>    Defendants. | **ORDER** |

This case was recently remanded to this Court by the Ninth Circuit. Accordingly, the parties are hereby **ORDERED** to filed respective status reports by October 20, 2006, as to how they would like to proceed with this matter.

**SO ORDERED** this 11th day of October, 2006.

JOHN C. COUGHENOUR*
Senior District Judge

---

*The Honorable John C. Coughenour, United States Senior District Judge for the Western District of Washington, by designation.