Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150
Fax: (206) 628-7699

John B. Maher
**MAHER YANZA FLYNN TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910-5004
Tel: (671) 477-7059
Fax: (671) 472-25487

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> F/V CHLOE Z, et al., <br><br> Defendants. <br><br> VJEKO MAZIC, <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> M/V CHLOE Z, et al., <br><br> Defendants. | Civil Case No. 96-00055 <br><br> **TCW SPECIAL CREDITS' RESPONSE TO ORDER; CERTIFICATE OF SERVICE** |

In response to the Court's Order of October 11, 2006, mortgagee TCW Special Credits ("TCW") submits the following status report.

TCW SPECIAL CREDITS' RESPONSE TO ORDER - 1        **ORIGINAL**
SEA 1895434v1 39069-40

1. TCW held a senior ship mortgage on the vessel CHLOE Z. All of the money in the Clerk's registry is proceeds from the US Marshal's sale of the vessel, and those proceeds are encumbered by TCW's mortgage lien.

2. TCW's lien and money judgment are fully adjudicated by virtue of the Order Granting Plaintiff's Motion for Summary Judgment, Etc., entered February 19, 2002, and the corresponding Partial Judgment, entered February 20, 2002. (No appeal was taken from that Order or Judgment.) As of February 19, 2002, TCW's money judgment, secured by its lien, was in the amount of $19,687,849.54. Order ¶5.

3. All disbursements received by TCW since the inception of this case have been specifically authorized by Court Order. TCW's Judgment also was secured by proceeds of the vessel KASSANDRA Z, which was the subject of a foreclosure action in the High Court of American Samoa, *TCW Special Credits v. KASSANDRA Z, et al.*, High Court of American Samoa Trial Division, No. 96-92, and TCW has received disbursements from the vessel sale proceeds in that action. As of May 2005, all available proceeds from the KASSANDRA Z action were disbursed, and that action was then final and completed.

4. There is now outstanding on the TCW money judgment an unpaid deficiency of more than $8,000,000.00.

5. TCW recognizes the senior status of the lien securing the *in rem* (but not the *in personam*) Judgments of Pranjic and Matos.

6. TCW did not actively participate in the litigation between CHLOE Z and Pranjic and Matos. TCW is not in a position to comment on the correct calculation of the amount of the final judgment to entered on remand.

7. Based on information supplied by the Clerk of the Court on September 20, 2006, the following are the current amounts in the registry of the Clerk:

(a) On deposit at the Bank of Guam, as of July 26, 2006, a CD with a balance of $1,180,775.22.

(b) On deposit at the Bank of Hawaii, as of September 14, 2006, a CD with a balance of $531,214.47.

Respectfully submitted this 20th day of October, 2006.

**Attorneys for TCW Special Credits**

**MAHER YANZA FLYNN TIMBLIN, LLP**

By _____
JOHN B. MAHER

Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150
Fax: (206) 628-7699

TCW SPECIAL CREDITS' RESPONSE TO ORDER - 3
SEA 1895434v1 39069-40

# CERTIFICATE OF SERVICE

I, John B. Maher, hereby certify that on October 20, 2006, I caused the annexed **TCW Special Credit's Response to Order** to be served on the parties hereto, via First Class U.S. Mail, to:

Dwight F. Ritter
**LAW OFFICES OF DWIGHT F. RITTER**
170 Laurel Street
San Diego, California 92101

William Dougherty
**DOUGHERTY, HILDRE DUDEK & HAKLAR**
2550 Fifth Avenue, Suite 600
San Diego, California 92103-6624

Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104

and via personal service, by delivering and leaving copies of same with:

George M. Butler
**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagatna, Guam 96910

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910

Dated this 20th day of October, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
**Attorneys for Plaintiff**
**TCW Special Credits**

BY: _____
JOHN B. MAHER

TCW SPECIAL CREDITS' RESPONSE TO ORDER - 4
SEA 1895434v1 39069-40