BUTLER & TELFORD BUTLER
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200

Dwight F. Ritter, Esq.
**RITTER & ASSOCIATES**
2869 India Street
San Diego, CA 92103

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., | CIVIL CASE NO. CIV96-00055 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| FISHING VESSEL CHLOE Z, ETC., et al., | |
| Defendants. | |

I, George M. Butler, hereby certify that on October 23, 2006, I caused to be served: (1) Affidavit of Dwight Ritter In Support of Plaintiffs' Motion To Establish Prejudgment Interest and Post-Judgment Interest On Matos and Pranjic In Rem Judgments (2) Memorandum of Law In Support of Plaintiff Matos and Pranjic's Motion to Establish Prejudgment Interest and Post Judgment Interest On Matos and Pranjic In Rem Judgments and (3) Motion To Establish Prejudgment Interest on Matos and Pranjic In Rem Judgments; Affidavit of Dwight Ritter In Support of Motion and Memorandum of Law In Support of Motion to:

John B. Maher
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Hagatna, Guam 96910
(Hand Delivery)

Craig Miller
Davis Wright Tremaine LLP
2600 Century Square, 1501 Fourth Ave.
Seattle, WA 98101
(U.S. Mail)

_____ 10-23-06
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic