```
1  BUTLER & TELFORD BUTLER
   Suite 203, American Life Building
2  137 Murray Street
   Hagåtña, Guam 96910
3  Telephone: (671) 475-0200

4  Dwight F. Ritter, Esq.
   RITTER & ASSOCIATES
5  2869 India Street
   San Diego, CA 92103
6
```

FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., | CIVIL CASE NO. CIV96-00055 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| FISHING VESSEL CHLOE Z, ETC., et al., | |
| Defendants. | |

I, George M. Butler, hereby certify that on October 23, 2006, I caused to be served: Plaintiffs Robert Matos and Slobodan Pranjic's Status Report Submitted To Judge John Coughenour, to:

Michael A. Barcott
Holmes Weddle & Barcott
999 Third Avenue #2600
Seattle, WA 98104
(U.S. Mail)

John B. Maher
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Hagatna, Guam 96910
(Hand Delivery)

Anita P. Arriola
Arriola Cowan & Arriola
259 Martyr St. #201
Hagatna, Guam 96910
(Hand Delivery)

Craig Miller
Davis Wright Tremaine LLP
2600 Century Square, 1501 Fourth Ave.
Seattle, WA 98101
(U.S. Mail)

_____  10-23-06
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic