**FILED**
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL CHLOE Z, ETC., et al.,<br><br>Defendants. | CIVIL CASE NO. CIV96-00055<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, George M. Butler, hereby certify that on October 17, 2006, I caused to be served: (1) Affidavit of Dwight Ritter In Support of Plaintiffs' Motion To Establish Prejudgment Interest and Post-Judgment Interest On Matos and Pranjic In Rem Judgments (2) Memorandum of Law In Support of Plaintiff Matos and Pranjic's Motion to Establish Prejudgment Interest and Post Judgment Interest On Matos and Pranjic In Rem Judgments and (3) Motion To Establish Prejudgment Interest on Matos and Pranjic In Rem Judgments; Affidavit of Dwight Ritter In Support of Motion and Memorandum of Law In Support of Motion, to:

Michael A. Barcott
Holmes Weddle & Barcott
999 Third Avenue #2600
Seattle, WA 98104
(U.S. Mail)

Anita P. Arriola
Arriola Cowan & Arriola
259 Martyr St. #201
Hagatna, Guam 96910
(Hand Delivery)

_____ 10-23-06
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic