Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL M/V CHLOE Z, et al.,<br><br>Defendants. | Case No. 96-00055<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 1ST day of November, 2006, a true and correct copy of: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CLAIMANTS' MOTION TO ESTABLISH PREJUDGMENT AND POST-JUDGMENT INTEREST ON *IN REM* JUDGMENTS WITH EXHIBITS; AFFIDAVIT OF MICHAEL A. BARCOTT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION; and CERTIFICATE OF SERVICE, were sent via U.S. Mail to:

Dwight F. Ritter
LAW OFFICES OF DWIGHT F. RITTER
170 Laurel Street
San Diego, CA 92101

William Dougherty
DOUGHERTY, HILDRE DUDEK & HAKLAR
2550 Fifth Avenue, Suite 600
San Diego, CA 92103-6624

Craig Miller
Davis Wright Tremaine
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688

And via hand delivery to:

George M. Butler
BUTLER & TELFORD BUTLER
Suite 203. American Life Building
137 Murray Street
Hagatna, Guam 96910

_____
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910