**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200

Dwight F. Ritter, Esq.
**RITTER & ASSOCIATES**
2869 India Street
San Diego, CA 92103

FILED
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., | CIVIL CASE NO. CIV96-00055 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| FISHING VESSEL CHLOE Z, ETC., et al., | |
| Defendants. | |

I, George M. Butler, hereby certify that on November 13, 2006, I caused to be served: (1) Plaintiffs Matos and Pranjic's Reply to F/V Chloe Z Opposition To Prejudgment And Post-Judgment Interest, to:

Michael A. Barcott
Holmes Weddle & Barcott
999 Third Avenue #2600
Seattle, WA 98104
(U.S. Mail)

John B. Maher
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Hagatna, Guam 96910
(Hand Delivery)

Anita P. Arriola
Arriola Cowan & Arriola
259 Martyr St. #201
Hagatna, Guam 96910
(Hand Delivery)

Craig Miller
Davis Wright Tremaine LLP
2600 Century Square, 1501 Fourth Ave.
Seattle, WA 98101
(U.S. Mail)

*George M. Butler*
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic