
FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br>　　Plaintiffs,<br>　　vs.<br>F/V CHLOE Z, et al.,<br>　　Defendants.<br><br>ROBERT MATOS, et al.,<br>　　Plaintiff-Intervenors,<br>　　vs.<br>M/V CHLOE Z, et al.,<br>　　Defendants. | Civil Case No. 96-00055<br><br>**ORDER** |

This matter is before the Court on the Plaintiff-Intervenors' Motion to Establish Prejudgment and Post-Judgment Interest on Matos and Pranjic in Rem Judgments. Pursuant to 28 U.S.C. § 636(b)(1)(B), this motion is hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to determine and to issue his report and recommendation to the Court as to the appropriate disposition.

**SO ORDERED** this 15th day of November, 2006.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam