Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL M/V CHLOE Z, et al.,<br><br>Defendants. | Case No. 96-00055<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this **16th** day of November, 2006, a true and correct copy of:

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CLAIMANTS' MOTION TO ESTABLISH PREJUDGMENT AND POST-JUDGMENT INTEREST ON *IN REM* JUDGMENTS WITH EXHIBITS; AFFIDAVIT OF MICHAEL A. BARCOTT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION; and CERTIFICATE OF SERVICE, were sent via hand delivery to:

John B. Maher
MAHER, YANZA, FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004

_/s/ Anita P. Arriola_
**ANITA P. ARRIOLA**

ORIGINAL