

FILED
DISTRICT COURT OF GUAM
DEC - 6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et. al.,<br><br>    Plaintiff,<br><br>vs.<br><br>FISHING VESSEL M/V/ CHLOE Z, et. al.,<br><br>    Defendant. | Civil Case No. 96-00055<br><br>ORDER |

This matter is before the court on the Plaintiffs' Request for Judicial Assignment to Judge John Coughenour. Judge Coughenour has informed this court that he does not believe reassignment is appropriate under the circumstances. And, therefore, he has declined to assume responsibility over this case. Accordingly, the Plaintiffs' request is hereby **DENIED.**

**S o ORDERED** this \_\_6th\_\_ day of December, 2006.

                                          Frances M. Tydingco-Gatewood
                                          Chief Judge
                                          District Court of Guam

# ORIGINAL