Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150
Fax: (206) 628-7699

John B. Maher
**MAHER YANZA FLYNN TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910-5004
Tel: (671) 477-7059
Fax: (671) 472-25487

FILED
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>F/V CHLOE Z, et al.,<br><br>    Defendants.<br>VJEKO MAZIC,<br><br>    Plaintiff-in-Intervention,<br><br>v.<br><br>M/V CHLOE Z, et al.,<br><br>    Defendants. | CIVIL CASE NO. 96-00055<br><br>**TCW SPECIAL CREDITS' RESPONSE TO PRANJIC/MATOS' MOTION TO WITHDRAW FUNDS; CERTIFICATE OF SERVICE** |

TCW SPECIAL CREDITS ("TCW") responds to the PRANJIC/MATOS motion to withdraw funds as follows:

**ORIGINAL**

1. TCW does not oppose a withdrawal of funds by PRANJIC and MATOS. However, still at issue is the determination of the <u>amount</u> of the PRANJIC and MATOS *in rem* Judgments. TCW does not take a position on that matter, although of course primary defendant CHLOE Z believes that the amount requested by PRANJIC and MATOS is much too high. TCW did not actively participate in the litigation between CHLOE Z and PRANJIC and MATOS. TCW is not in a position to comment on the correct calculation of the amount of the final judgments.

2. TCW's own lien and money judgment are fully adjudicated by virtue of the Order Granting Plaintiff's Motion for Summary Judgment, Etc., entered February 19, 2002, and the corresponding Partial Judgment, entered February 20, 2002. (No appeal was taken from that Order or Judgment.) As of February 19, 2002, TCW's money judgment, secured by its lien, was in the amount of $19,687,849.54, Order Paragraph 5. Substantial additional interest has accrued since then.

3. All disbursements received by TCW since the inception of this case have been specifically authorized by Court Order. To the best of TCW's knowledge, no money has ever been disbursed to any party, including TCW, except on the authority of a signed Order of the Court. Without qualification, that has been the situation since the day this case was filed, July 5, 1996.

4. TCW's Judgment also was secured by proceeds of the vessel KASSANDRA Z, which was the subject of a foreclosure action in the High Court of American Samoa, <u>TCW Special Credits v. KASSANDRA Z, et al.</u>, High Court of American Samoa Trial Division, No. 96-92, and TCW has received disbursements from the vessel sale proceeds in that action. As of May 2005, all available

proceeds from the KASSANDRA Z action were disbursed, and that action was then final and completed.

5. There is now outstanding on the TCW money judgment an unpaid deficiency of more than $8,000,000.00.

6. Based on information supplied by the Clerk of the Court, as of September 20, 2006, the amounts on deposit, and under the control of the Clerk, were as follows:

    (a) On deposit at the Bank of Guam, as of July 26, 2006, a CD with a balance of $1,180,775.22.

    (b) On deposit at the Bank of Hawaii, as of September 14, 2006, a CD with a balance of $531,214.47.

7. All proceeds of the sale of the defendant vessel CHLOE Z, and the sale of certain other property including fish, have at all times been under the custody and control of the Clerk of the Court. No party, including TCW, has had any control of those proceeds.

Respectfully submitted this 12th day of January, 2007.

**Attorneys for TCW Special Credits**

**MAHER YANZA FLYNN TIMBLIN, LLP**

By _____
    JOHN B. MAHER

Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150
Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I, John B. Maher, hereby certify that on January 12, 2007, I caused the annexed **TCW SPECIAL CREDITS' RESPONSE TO PRANJIC/MATOS' MOTION TO WITHDRAW FUNDS** to be served on the parties hereto, via First Class U.S. Mail, to:

Dwight F. Ritter
**LAW OFFICES OF DWIGHT F. RITTER**
170 Laurel Street
San Diego, California 92101

William Dougherty
**DOUGHERTY, HILDRE DUDEK & HAKLAR**
2550 Fifth Avenue, Suite 600
San Diego, California 92103-6624

Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104

and via personal service, by delivering and leaving copies of same with:

George M. Butler
**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagatna, Guam 96910

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910

Dated this 12th day of January, 2007.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
**Attorneys for Plaintiff**
**TCW Special Credits**

BY: _____
JOHN B. MAHER