Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

FILED
DISTRICT COURT OF GUAM

JAN 19 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FISHING VESSEL M/V CHLOE Z, et al., <br><br> Defendants. | Case No. 96-00055 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this 19th day of January, 2007, true and correct copies of: **DEFENDANT CHLOE Z'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO DISBURSE FUNDS; NOTICE OF HEARING** and **CERTIFICATE OF SERVICE**, were sent **via U.S. Mail to:**

Dwight F. Ritter, Esq.
RITTER & ASSOCIATES
2869 India Street
San Diego, CA 92103

Frederick M. Dudek, Esq.
DUDEK LAW FIRM
9820 Willow Creek Road, Suite 470
San Diego, CA 92131-1131

ORIGINAL

Craig Miller, Esq.
DAVIS WRIGHT TREMAINE
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688

**And via hand delivery to:**

George M. Butler, Esq.
BUTLER & TELFORD BUTLER
Suite 203. American Life Building
137 Murray Street
Hagatna, Guam 96910

John B. Maher, Esq.
MAHER, YANZA, FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004

_____
**ANITA P. ARRIOLA**