Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

FILED
DISTRICT COURT OF GUAM
JAN 23 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FISHING VESSEL M/V CHLOE Z, et al., <br><br> Defendants. | Case No. 96-00055 <br><br> **NOTICE OF FILING OF ORIGINAL DECLARATION OF DAVID FREDERICK** |

Defendant CHLOE Z hereby notifies the Court and the parties in this case that the original Declaration of David Frederick is filed on this date. The facsimile copy of Mr. Frederick's declaration was filed in this matter on January 16, 2007, in support of CHLOE Z's opposition to plaintiffs' Motion to Withdraw Funds.

RESPECTFULLY SUBMITTED this 23rd day of January, 2007.

ARRIOLA, COWAN & ARRIOLA

By: _(signature)_
ANITA P. ARRIOLA
Attorneys for F/V CHLOE Z

1
Case 1:96-cv-00055   Document 1607   Filed 01/23/2007   Page 1 of 1