FILED
DISTRICT COURT OF GUAM
JAN 25 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et. al.,<br><br>    Plaintiff,<br><br>vs.<br><br>FISHING VESSEL M/V/ CHLOE Z, et. al.,<br><br>    Defendant. | Civil Case No. 96-00055<br><br><br>ORDER |

This matter is before the court on the Plaintiff's Motion to Withdraw Funds to Satisfy Their *In Rem* Judgment. Pursuant to 28 U.S.C. § 636(b)(1)(B), this request is hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to schedule for a hearing and to issue his report and recommendation to the court as appropriate.

**SO ORDERED** this 25th day of January, 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL