DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, *et al.*, <br>     Plaintiffs, <br>     vs. <br> FISHING VESSEL CHLOE Z, *et al.*, <br>     Defendants. | Civil Case No. 96-00055 <br><br><br> ORDER |

Presently there are two pending motions[1] in this case which have been referred to the below-signed Magistrate Judge. It appears that briefing on said motions are complete, however, because of the extensive procedural history involved in this action, the Court believes that oral argument would aid the Court in reaching a determination on the motions. Accordingly, the Court schedules both motions for hearing on Thursday, April 26, 2007, at 10:00 a.m. Furthermore, the Court will permit off-island counsel to participate in said hearing via telephone or video-conference, provided that notice of said participation be filed no later than one week prior to the hearing.[2]

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Mar 30, 2007**

---

[1] These motions are the Motion to Establish Prejudgment Interest and post-Judgment Interest on Matos and Pranjic *In Rem* Judgments (Docket No. 1575) and the Matos and Pranjic's Motion to Withdraw Funds to Satisfy *In Rem* Judgments.

[2] All logistical questions should be directed to the Court's systems manager Charles White.