**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200
Facsimile: (671) 475-0203

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., | CIVIL CASE NO. CIV96-00055 |
| Plaintiffs, | |
| v. | **EXPARTE MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY** |
| FISHING VESSEL CHLOE Z, ETC., et al., | |
| Defendants. | |

It is hereby moved that Plaintiffs Slobodan Pranjic and Robert Matos' counsel, Dwight F. Ritter, be permitted to appear telephonically to participate in the ** on April 26, 2007 at 10:00 A.M. before this Honorable Court. Plaintiffs' counsel is located in San Diego, California, and is unable to travel to the District Court of Guam to personally attend the hearing.

Respectfully submitted,

**BUTLER & TELFORD BUTLER**

Date 4/3/07

_____
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic