

**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200
Facsimile: (671) 475-0203

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FISHING VESSEL CHLOE Z, ETC., et al., <br><br> Defendants. | CIVIL CASE NO. CIV96-00055 <br><br> **NOTICE OF INTENT TO PARTICIPATE TELEPHONICALLY AT HEARING** |

**TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this Honorable Court has set **April 26, 2007, at 10:00 A.M.** for hearing on Plaintiffs-in-Intervention's Motion to Establish Prejudgment Interest and Post-Judgment Interest on Matos and Pranjic In Rem Judgments and Motion To Withdraw Funds to Satisfy In Rem Judgments. Mr. Dwight Ritter, off-island counsel for Plaintiffs-in-Intervention Matos and Pranjic hereby notices the parties that he requests participation by telephone in said hearing scheduled for **April 26, 2007 at 10:00 A.M.** (Guam date and time).

Date 4/3/07

GEORGE M. BUTLER
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic