**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200



FILED
DISTRICT COURT OF GUAM
APR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FISHING VESSEL CHLOE Z, ETC., et al., <br><br> Defendants. | CIVIL CASE NO. CIV96-00055 <br><br> **CERTIFICATE OF SERVICE** |

I, George M. Butler, hereby certify that on April 5, 2007, I caused to be served: (1) Notice of Intent To Participate Telephonically At Hearing; (2) Exparte Motion For Counsel To Appear Telephonically; and (3) Proposed Order Permitting Off-Island Counsel To Participate Telephonically At Hearing:

Michael A. Barcott
Holmes Weddle & Barcott
999 Third Avenue #2600
Seattle, WA 98104
(U.S. Mail)

John B. Maher
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Hagatna, Guam 96910
(Hand Delivery)

Anita P. Arriola
Arriola Cowan & Arriola
259 Martyr St. #201
Hagatna, Guam 96910
(Hand Delivery)

Craig Miller
Davis Wright Tremaine LLP
2600 Century Square, 1501 Fourth Ave.
Seattle, WA 98101
(U.S. Mail)

_____
**GEORGE M. BUTLER**
Attorney for Plaintiffs-in-Intervention
Robert Matos and Slobodan Pranjic

ORIGINAL