Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150 / 628-7724
Fax: (206) 628-7699

John B. Maher
**MAHER YANZA FLYNN TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910-5004
Tel: (671) 477-7059
Fax: (671) 472-25487

FILED
DISTRICT COURT OF GUAM
APR 10 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>F/V CHLOE Z, et al.,<br><br>    Defendants.<br>―――――――――――――――――<br>VJEKO MAZIC,<br><br>    Plaintiff-in-Intervention,<br><br>v.<br><br>M/V CHLOE Z, et al.,<br><br>    Defendants. | CIVIL CASE NO. 96-00055<br><br><br><br>**TCW SPECIAL CREDITS' NOTICE OF PARTICIPATION IN HEARING VIA TELEPHONE; CERTIFICATE OF SERVICE** |

Plaintiff TCW SPECIAL CREDITS ("TCW") hereby notifies the Court that counsel of record Craig Miller wishes to participate in the hearing for the Motion to Establish Prejudgment Interest and Post-Judgment Interest on Matos and Pranjic's

TCW SPECIAL CREDITS' NOTICE OF PARTICIPATION IN
HEARING VIA TELEPHONE      - 1 -
Case 1:96-cv-00055    Document 1614    Filed 04/10/2007    Page 1 of 3
ORIGINAL

*In Rem* Judgment, and the Motion to Withdraw Funds to Satisfy the *In Rem* Judgments, scheduled for April 26, 2007 at 10:00 a.m., via telephone.

Respectfully submitted this 10th day of April, 2007.

**Attorneys for TCW SPECIAL CREDITS**

**MAHER YANZA FLYNN TIMBLIN, LLP**

By _____
JOHN B. MAHER

Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101
Tel. (206) 622-3150 / 628-7724
Fax: (206) 628-7699

# CERTIFICATE OF SERVICE

I, John B. Maher, hereby certify that on April 10, 2007, I caused the annexed **TCW SPECIAL CREDITS' NOTICE OF PARTICIPATION IN HEARING VIA TELEPHONE** to be served on the parties hereto, via First Class U.S. Mail, to:

Dwight F. Ritter
**LAW OFFICES OF DWIGHT F. RITTER**
170 Laurel Street
San Diego, California 92101

William Dougherty
**DOUGHERTY, HILDRE DUDEK & HAKLAR**
2550 Fifth Avenue, Suite 600
San Diego, California 92103-6624

Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104

and via personal service, by delivering and leaving copies of same with:

George M. Butler
**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagatna, Guam 96910

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910

Dated this 10th day of April, 2007.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Plaintiff
TCW Special Credits

BY: _____
JOHN B. MAHER