**Michael A. Barcott**
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

**Anita P. Arriola**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

**FILED**
DISTRICT COURT OF GUAM

APR 12 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL M/V CHLOE Z, et al.,<br><br>Defendants. | Case No. 96-00055<br><br>**CHLOE Z'S NOTICE OF PARTICIPATION IN HEARING VIA TELEPHONE; CERTIFICATE OF SERVICE** |

Defendant CHLOE Z hereby notifies the Court that counsel of record Michael Barcott wishes to participate in the hearing for the Motion to Establish Prejudgment Interest on Matos and Pranjic's In Rem Judgment, and the Motion to Withdraw Funds to Satisfy the In Rem Judgments, scheduled for April 26, 2007 at 10:00 a.m., via telephone.

Respectfully submitted this 12th day of April, 2007.

**ARRIOLA, COWAN & ARRIOLA**

By: _____
**ANITA P. ARRIOLA**
Attorneys for F/V CHLOE Z

ORIGINAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2007, true and correct copies of: **CHLOE Z'S NOTICE OF PARTICIPATION IN HEARING VIA TELEPHONE; CERTIFICATE OF SERVICE;** and **CERTIFICATE OF SERVICE**, were sent **via U.S. Mail to**:

Dwight F. Ritter, Esq.
RITTER & ASSOCIATES
2869 India Street
San Diego, CA 92103

Frederick M. Dudek, Esq.
DUDEK LAW FIRM
9820 Willow Creek Road, Suite 470
San Diego, CA 92131-1131

Craig Miller, Esq.
DAVIS WRIGHT TREMAINE
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688

**And via hand delivery to:**

George M. Butler, Esq.
BUTLER & TELFORD BUTLER
Suite 203. American Life Building
137 Murray Street
Hagatna, Guam 96910

John B. Maher, Esq.
MAHER, YANZA, FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004

**ANITA P. ARRIOLA**