**Michael A. Barcott**
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

**Anita P. Arriola**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FISHING VESSEL M/V CHLOE Z, et al., <br><br> Defendants. | Case No. 96-00055 <br><br> **NOTICE TO COURT REGARDING MOOTED ISSUES** |

On April 17, 2007, the United States Supreme Court declined to grant the CHLOE Z's Petition for Writ of Certiorari. This action moots a central issue presented in the motion of Matos and Pranjic to withdraw funds and will make this Court's task easier.

### MOTION TO WITHDRAW FUNDS

Because of the denial of the Petition for Writ of Certiorari, the CHLOE Z withdraws certain of its objections to this motion. The CHLOE Z will delineate its positions which have been changed by reference to those specific paragraphs as set out in the original opposition to this motion.

## PARAGRAPH 5

The CHLOE Z does not object to the disbursal of funds to Matos and Pranjic in the amount of their original *in rem* awards, once a judgment is finally entered in their favor. Nothing about this concession alters the arguments concerning the appropriate date of those judgments or interest issues but, as to the *in rem* awards (as modified by the Ninth Circuit) once judgments are entered in their favor, the CHLOE Z has no objection to the disbursal of $621,514.50 to Mr. Matos and the sum of $533,469.00 to Mr. Pranjic.

## PARAGRAPH 6

This argument has been rendered moot by the concession made regarding paragraph 5.

Respectfully submitted this 25th day of April, 2007.

ARRIOLA, COWAN & ARRIOLA

By: _____
ANITA P. ARRIOLA
Attorneys for F/V CHLOE Z

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007, true and correct copies of: **NOTICE TO COURT REGARDING MOOTED ISSUES; CERTIFICATE OF SERVICE;** and **CERTIFICATE OF SERVICE**, were sent **via U.S. Mail** to:

Dwight F. Ritter, Esq.
RITTER & ASSOCIATES
2869 India Street
San Diego, CA 92103

Frederick M. Dudek, Esq.
DUDEK LAW FIRM
9820 Willow Creek Road, Suite 470
San Diego, CA 92131-1131

Craig Miller, Esq.
DAVIS WRIGHT TREMAINE
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688

**And via hand delivery to:**

George M. Butler, Esq.
BUTLER & TELFORD BUTLER
Suite 203. American Life Building
137 Murray Street
Hagatna, Guam 96910

John B. Maher, Esq.
MAHER, YANZA, FLYNN TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004

ANITA P. ARRIOLA

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

3
Case 1:96-cv-00055    Document 1619    Filed 04/25/2007    Page 3 of 3