# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-96-00055                     DATE: April 26, 2007
CAPTION: TCW Special Credits -vs- Fishing Vessel Chloe Z

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:07:49 - 11:34:22
CSO: L. Ogo

---

**APPEARANCES:**

Counsel for Plaintiff(s)            Counsel for Defendant(s)
Dwight Ritter (telephonic)          Anita Arriola
Craig Miller (telephonic)           Michael Barcott (telephonic)

---

**PROCEEDINGS:** - Motion to Withdraw Funds to Satisfy In Rem Judgments
- Motion to Establish Pre-Judgment and Post-Judgment Interest Matos and Pranjic In Rem Judgments
- Motion(s) argued by <u>Plaintiff</u>.
- Motion(s) <u>under advisement</u>.
- Report and Recommendation to be issued by: <u>Court</u>.

NOTES: Mr. Ritter's oral objection regarding the Magistrate Judge presiding over today's proceedings was overruled.