**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagåtña, Guam 96910
Telephone: (671) 475-0200

Attorneys for Plaintiffs
Robert Matos and Slobodan Pranjic



**FILED**
DISTRICT COURT OF GUAM

MAY - 3 2007

**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, ETC. , et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL CHLOE Z, ETC., et al.,<br><br>Defendants. | CIVIL CASE NO. CIV96-00055<br><br><br>**CERTIFICATE OF SERVICE** |

I, Geraldine Pangelinan, hereby certify that on May 3, 2007, I caused to be served: (1)Request For Leave To Tile Supplemental Brief Regarding Matos And Pranjic Prejudgment And Post-Judgment Interest; Supplemental Brief Regarding Matos And Pranjic Prejudgment And Post-Judgment Interest:

Michael A. Barcott
Holmes Weddle & Barcott
999 Third Avenue #2600
Seattle, WA 98104
(U.S. Mail)

John B. Maher
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Hagatna, Guam 96910
(Hand Delivery)

Anita P. Arriola
Arriola Cowan & Arriola
259 Martyr St. #201
Hagatna, Guam 96910
(Hand Delivery)

Craig Miller
Davis Wright Tremaine LLP
2600 Century Square, 1501 Fourth Ave.
Seattle, WA 98101
(U.S. Mail)

_____
Geraldine Pangelinan

ORIGINAL