Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008 Telephone
(206) 340-0289 Facsimile

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730 Telephone
(671) 477-9734 Facsimile

Attorneys for the M/V CHLOE Z

**FILED**
DISTRICT COURT OF GUAM
MAY -4 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FISHING VESSEL M/V CHLOE Z, et al.,<br><br>Defendants. | Case No. 96-00055<br><br>**DEFENDANT CHLOE Z's OPPOSITION TO MOTION TO FILE SUPPLEMENTAL BRIEF** |

CHLOE Z strongly opposes Matos and Pranjic's attempt to re-argue their motion regarding prejudgment and post judgment interest through a post-<u>hearing</u> brief.

This matter was fully briefed months ago. Oral argument was held on April 26, and now, a week after oral argument, Matos and Pranjic attempt to re-argue their case. Briefing is over. This case needs to come to an end. This supplemental briefing should be disregarded under L.R.7.1(l).

Alternatively, if Matos and Pranjic are going to be given the opportunity to re-argue their motion (having already filed two briefs and attended oral argument), then the CHLOE Z requests the opportunity to file a supplemental opposition.

Dated at Hagatna, Guam: May 4, 2007.

Respectfully submitted,

_____
ANITA P. ARRIOLA

ORIGINAL