United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| | | |
|---|---|---|
| 1. NAME  Jeffrey A. Cook, Esq., Cunliffe & Cook | 2. PHONE NUMBER  472-1842 | 3. DATE  5/1/2007 |
| 4. MAILING ADDRESS  Ste 200 210 Archbishop F.C. Flore St. | 5. CITY  Hagatna | 6. STATE Gu  7. ZIP CODE 96910 |
| 8. CASE NUMBER  CV96-00055 | 9. CASE NAME  TCW Special Credits | DATES OF PROCEEDINGS  10. FROM 4/26/07   11. TO 4/26/07 |
| 12. PRESIDING JUDICIAL OFFICIAL  Hon. Joaquin V.E. Manibusan, Jr. | LOCATION OF PROCEEDINGS  13. CITY Hagatna   14. STATE Guam | |

15. ORDER FOR
- ☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
- ☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Motion Hearing N.D. | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2007
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| | NO. CDs | NO. COPIES | COSTS |
|---|---|---|---|
| ☐ CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| ☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| ☒ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | 1 | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE | 19. DATE 5/1/2007 |
|---|---|
| PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED  DATE 6/4/07  BY | DEPOSIT PAID |
| DEPOSIT PAID | TOTAL CHARGES |
| CD DUPLICATED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD | TOTAL REFUNDED |
| PARTY RECEIVED CD | TOTAL DUE |

Case 1:96-cv-00055   Document 1626   Filed 05/04/2007   Page 1 of 1