DWIGHT F. RITTER, ESQ. (STATE BAR #127030)
RITTER & ASSOCIATES
2869 INDIA STREET
SAN DIEGO, CA 92103
(619) 296-0123

Attorney for Plaintiffs
ROBERT MATOS and SLOBODAN PRANJIC

**FILED**
DISTRICT COURT OF GUAM
MAY - 7 2007
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| TCW SPECIAL CREDITS, et al. | Case No. 96-00055 |
| Plaintiffs, | MATOS AND PRANJIC'S RESPONSE TO CHLOE Z'S OBJECTION TO SUPPLEMENTAL BRIEF AND CORRECTION TO MATOS AND PRANJIC'S SUPPLEMENTAL BRIEF |
| v. | |
| FISHING VESSEL CHLOE Z, Et al., | |
| Defendants. | |

Plaintiffs, ROBERT MATOS and SLOBODAN PRANJIC, by their counsel, Dwight Ritter, inform the court that MATOS and PRANJIC have no objection to defendants filing supplemental briefs in reference to the prejudgment and post-judgment issues. Even though Chloe Z has objected to the MATOS and PRANJIC supplemental brief, we believe fairness requires a proper determination of interests on the MATOS and PRANJIC judgments and that the court should be fully informed of the dominant and controlling law as it relates to the determination of

1

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
Matos and Pranjic's Response to Objection and Matos and Pranjic's Corrections
Case 1:96-cv-00055   Document 1627   Filed 05/07/2007   Page 1 of 5
ORIGINAL

prejudgment and post-judgment interest.

In that regard, MATOS and PRANJIC seek to correct a past citing error which occurred with regards to the applicable interest rates in the PRANJIC matter. First, in the supplemental brief PRANJIC claimed in item "III", that the proper "average" of statutory post judgment interest rates during the applicable time for purposes of determining prejudgment interest should be 5.03%. That number is incorrect. A review of the expert economic analysis provided by Robert Wallace, reveals that the requested percentage rate is actually 4.96%. (See Robert Wallace Exhibit 1 attached) The incorrect prejudgment interest rate in the supplemental brief had no effect on the determination of prejudgment interest by Robert Wallace since he used the appropriate rate of 4.96%.

In addition, the supplemental brief at item "IV" also mistakenly suggested a PRANJIC post-judgment interest rate of 4.72%. This was also an error and is incorrect. The proper post-judgment interest rate on the PRANJIC judgment is 4.56%. Again, please note that Robert Wallace's post-judgment interest calculations were based on the proper percentage rate of 4.56% and thus his calculations remain accurate in that regard. (See Robert Wallace Ex.1 attached and included in the initial Motion for Prejudgment and Post-Judgment Interest)

WHEREFORE, MATOS and PRANJIC have no objection to the filing of supplemental briefs by other interested parties and

2

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
Matos and Pranjic's Response to Objection and Matos and Pranjic's Corrections
Case 1:96-cv-00055   Document 1627   Filed 05/07/2007   Page 2 of 5

| | |
|---|---|
| 1 | |
| 2 | note these two corrections to the supplemental brief. |
| 3 | |
| 4 | |
| 5 | Dated: _May 7_, 2007    _George M Butler_ |
| 6 | GEORGE BUTLER, Esq. |
| 6 | Attorney for Plaintiffs, |
| 7 | ROBERT MATOS and SLOBODAN PRANJIC |

Dated: May 7, 2007

GEORGE BUTLER, Esq.
Attorney for Plaintiffs,
ROBERT MATOS and
SLOBODAN PRANJIC

3

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
Matos and Pranjic's Response to Objection and Matos and Pranjic's Corrections

# Attachment 1

Pranjic ←

Date of valuation     1-Oct-06     Amount of judgement     $577,421
Date of incident     25-Nov-91
Date of judgement     11-Jan-99

Pre-judgement interest

| From | To | # Year | Amount | Interest | Total |
|---|---|---|---|---|---|
| 25-Nov-91 | 24-Nov-92 | 1.00 | $ 577,421 | $ 28,640 | $ 606,061 |
| 25-Nov-92 | 24-Nov-93 | 1.00 | | $ 30,061 | $ 636,122 |
| 25-Nov-93 | 24-Nov-94 | 1.00 | | $ 31,552 | $ 667,673 |
| 25-Nov-94 | 24-Nov-95 | 1.00 | | $ 33,117 | $ 700,790 |
| 25-Nov-95 | 24-Nov-96 | 1.00 | | $ 34,759 | $ 735,549 |
| 25-Nov-96 | 24-Nov-97 | 1.00 | | $ 36,483 | $ 772,032 |
| 25-Nov-97 | 24-Nov-98 | 1.00 | | $ 38,293 | $ 810,325 |
| 25-Nov-98 | 10-Jan-99 | 0.13 | | $ 5,225 | $ 815,550 |
| | | 7.13 | | $ 238,129 | |

Post-judgement interest

| From | To | # Year | Amount | Interest | Total |
|---|---|---|---|---|---|
| 11-Jan-99 | 25-Nov-99 | 0.87 | $ 815,550 | $ 32,355 | $ 847,905 |
| 26-Nov-99 | 25-Nov-00 | 1.00 | | $ 38,664 | $ 886,569 |
| 26-Nov-00 | 25-Nov-01 | 1.00 | | $ 40,428 | $ 926,997 |
| 26-Nov-01 | 25-Nov-02 | 1.00 | | $ 42,271 | $ 969,268 |
| 26-Nov-02 | 25-Nov-03 | 1.00 | | $ 44,199 | $1,013,466 |
| 26-Nov-03 | 25-Nov-04 | 1.00 | | $ 46,214 | $1,059,680 |
| 26-Nov-04 | 25-Nov-05 | 1.00 | | $ 48,321 | $1,108,002 |
| 26-Nov-05 | 30-Sep-06 | 0.84 | | $ 42,441 | $1,150,443 |
| | | 7.71 | | $ 334,893 | |
| | | 14.84 | $ 577,421 | $ 573,022 | $1,150,443 |

Notes:
Interest is computed daily, and compounded annually.
Interest used for
Pre-judgement     4.96% ←
Post-judgement     4.56% ←