# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FISHING VESSEL CHLOE Z, *et al.*, <br><br> Defendants. | CIVIL CASE NO. 96-00055 <br><br> **ORDER** <br><br> Denying Matos and Pranjic's Request for Leave to File Supplemental Brief <br> (Docket No. 1621) |

On May 3, 2007, plaintiffs-in-intervention Slobodan Pranjic and Robert Matos (collectively referred to as the "Plaintiffs") filed a Request for Leave to File Supplemental Brief Regarding Prejudgment and Post-Judgment Interest ("Request"). (Docket No. 1621.) This Request was filed after the Court heard oral argument from the parties on April 26, 2007, regarding the Plaintiffs' Motion to Establish Prejudgment and Post-Judgment Interest on *In Rem* Judgments (Docket No. 1575) and the Plaintiffs' Motion to Withdraw Funds to Satisfy *In Rem* Judgments (Docket No. 1599). Defendant M/V Chloe Z filed an opposition to the Request on May 4, 2007. (Docket No. 1624.) The Plaintiffs filed a response to the Chloe Z's opposition on May 7, 2007. (Docket No. 1327.) The Court believes oral argument on the Request is unnecessary.

The Court notes that the April 26 hearing lasted about 90 minutes. During this time, the Plaintiffs' counsel Dwight Ritter had a full and complete opportunity to address all issues relevant to the pending motions. It would be unfair to the other parties if the Court were to

permit the Plaintiffs to supplement their argument with further briefing. Additionally, Mr. Ritter has not explained why the "principles of law" contained in his Request could not have been raised prior to or at the time of the April 26 hearing. For these reasons, the Court hereby DENIES the Request and states that it will not consider the Request in reaching a decision on the pending motion.

SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 29, 2007