Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Main Phone: (206) 622-3150
Main Fax: (206) 757-7700
Direct Phone: (206) 757-8104
Direct Fax: (206) 757-7104

Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910-5004
Tel: (671) 477-7059
Fax: (671) 472-25487

**FILED**
DISTRICT COURT OF GUAM

JUN 27 2007

**MARY L.M. MORAN
CLERK OF COURT**

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., | CIVIL CASE NO. 96-00055 |
| Plaintiffs, | |
| v. | |
| F/V CHLOE Z, et al., | |
| Defendants. | **NOTICE OF CHANGE OF ADDRESS; CERTIFICATE OF SERVICE** |
| VJEKO MAZIC, | |
| Plaintiff-in-Intervention, | |
| v. | |
| M/V CHLOE Z, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT as of June 11, 2007, the address for DAVIS WRIGHT TREMAINE, LLP, counsel herein for Plaintiff TCW SPECIAL CREDITS, has changed.

NOTICE OF CHANGE OF ADDRESS

ORIGINAL

- 1 -

FORMER ADDRESS:

2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Main Phone: (206) 622-3150
Fax: (206) 628-7699
Email addresses will not change.

**NEW ADDRESS:**

**1201 Third Avenue, Suite 2200**
**Seattle, WA 98101-3045**
**Main Phone: (206) 622-3150**
**Main Fax: (206) 757-7700**
**Direct Phone: (206) 757-8104**
**Direct Fax: (206) 757-7104**

Respectfully submitted this 27th day of June, 2007.

**Attorneys for TCW SPECIAL CREDITS**

**MAHER · YANZA · FLYNN · TIMBLIN, LLP**

By _____
    LOUIE J. YANZA

Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Main Phone: (206) 622-3150
Main Fax: (206) 757-7700
Direct Phone: (206) 757-8104
Direct Fax: (206) 757-7104

NOTICE OF CHANGE OF ADDRESS

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on June 27, 2007, I caused the annexed **NOTICE OF CHANGE OF ADDRESS** to be served on the parties hereto, via First Class U.S. Mail, to:

Dwight F. Ritter, Esq.
**RITTER & ASSSOCIATES**
2869 India Street
San Diego, California  92103

Frederick M. Dudek, Esq.
**DUDEK LAW FIRM**
9820 Willow Creek Road, Suite 470
San Diego, California  92131-1131

Michael A. Barcott, Esq.
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington  98104

and via personal service, by delivering and leaving copies of same with:

George M. Butler, Esq.
**BUTLER & TELFORD BUTLER**
Suite 203, American Life Building
137 Murray Street
Hagatna, Guam  96910

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam  96910

Dated this 27th day of June, 2007.

> **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
> **Attorneys for Plaintiff**
> **TCW SPECIAL CREDITS**
>
> BY: _____
>       LOUIE J. YANZA

NOTICE OF CHANGE OF ADDRESS

- 3 -