# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> FISHING VESSEL CHLOE Z, *et al.*, <br><br>  Defendants. | CIVIL CASE NO. 96-00055 <br><br> **ORDER** RE: <br><br> REPORT AND RECOMMENDATION RE MATOS AND PRANJIC'S MOTION TO WITHDRAW FUNDS TO SATISFY *IN REM* JUDGMENTS |

Presently before the court is the plaintiffs-in-intervention Slobodan Pranjic and Robert Matos (collectively referred to as the "Plaintiffs") Motion to Withdraw Funds to Satisfy *In Rem* Judgments. Docket No. 1599. The Magistrate Judge reviewed the submissions and thereafter filed his Report and Recommendations on May 3, 2007. Docket No. 1623.

Under 28 U.S.C. § 636(b)(1)(C), the court may accept, reject or modify in whole or in part the Magistrate Judge's findings or recommendations made by the magistrate judge. Finding there has been no objection to the Magistrate Judge's Report and Recommendation and having thoroughly considered the matter and relevant law, the court hereby adopts the Magistrate's Report and Recommendation.

Accordingly, it so **ORDERED**:

1. That the court's financial administrator prepare a written report which accounts for all funds deposited and withdrawn from the Court Registry that relate to this TCW action. Said report should be provided to the Plaintiffs (Pranjic and Matos),

plaintiff TCW, and defendant Chloe Z. Furthermore, other interested parties who wish to obtain a copy of the report shall make a written request to the Court;

2. That the ruling on the Plaintiffs' motion to withdraw funds is deferred until the Magistrate Judge has filed his Report and Recommendation regarding the Plaintiffs' Motion to Establish Pre-Judgment and Post-Judgment Interest on Matos and Pranjic *In Rem* Judgments (Docket No. 1575); and

3. That there shall be no withdrawal of funds until such time as a final determination is made regarding the outstanding motion concerning the Pre-Judgment and Post-Judgment Interest on Matos and Pranjic *In Rem* Judgments .

So Ordered.

/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Jul 02, 2007**