```
 1 | Jeffrey A. Cook, Esq.
   | CUNLIFFE & COOK
 2 | A Professional Corporation
   | Suite 200
 3 | 210 Archbishop F.C. Flores Street
   | Hagatna, Guam 96910
 4 | Telephone: 671-472-1824
   | Facsimile: 671-472-2422
 5 |
   | Attorneys for Plaintiffs
 6 | ROBERT MATOS and SLOBODAN PRANJIC
 7 |
 8 |         DISTRICT COURT OF GUAM
 9 |            TERRITORY OF GUAM
10 | TCW SPECIAL CREDITS, et al.,    )   Case No. 96-00055
11 |              Plaintiffs,        )   SUBSTITUTION OF
                                     )   ATTORNEYS ~AND ORDER~
12 | vs.                             )   ~THEREON~
                                     )
13 | FISHING VESSEL CHLOE Z, et al., )
                                     )
14 |              Defendants.        )
                                     )
15 | _____
   | TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:
16 |
   |      PLEASE TAKE NOTICE that Plaintiffs ROBERT MATOS and
17 |
   | SLOBODAN PRANJIC hereby substitute:
18 |
19 |         Jeffrey A. Cook, Esq.
            Cunliffe & Cook
20 |         A Professional Corporation
            Suite 200
21 |         210 Archbishop F.C. Flores Street
            Hagatna, Guam 96910
22 |         Telephone: 671-472-1824
            Facsimile: 671-472-2422
23 |
24 | as their attorneys of record in this action in place and stead of:
25 |         Dwight F. Ritter, Esq.
            Ritter & Associates
26 |         2869 India Street
            San Diego, CA 92103
27 |         Telephone: (619) 296-0123
            Facsimile: (619) 295-0172
28 |
   | And
```

```
 1   George M. Butler, Esq.
     Law Offices of Butler and Telford
 2   Suite 203
     American Life Building
 3   Hagatna, Guam 96910
     Telephone: 671-475-0200
 4   Facsimile: 671-475-0203

 5

 6       I consent to this substitution.

 7   Date: 9-18-07                              _____
                                                ROBERT MATOS
 8
         I consent to this substitution.
 9
10   Date: 10.01.07                             _____
                                                SLOBODAN PRANJIC
11
12       I consent to this substitution.        RITTER & ASSOCIATES

13
     Date: _____               By: _____
14                                                   Dwight F. Ritter

15
         I consent to this substitution.        LAW OFFICES OF BUTLER AND
16                                              TELFORD

17
     Date: 10/9/07                              By: _____
18                                                   George M. Butler

19
         I accept this substitution.            CUNLIFFE & COOK
20                                              A Professional Corporation

21   Date: 10/9/07                              By: _____
22                                                   Jeffrey A. Cook

23

24                                              ORDER

25       IT IS SO ORDERED.

26   Dated: _____              _____
                                                JUDGE OF THE U.S. DISTRICT COURT
27

28
```

RECEIVED
OCT 10 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:06-cv-00050 Document 163 Filed 10/10/2007 Page 26 of 255