Jeffrey A. Cooke, Esq.
CUNLIFFE & COOKE
A Professional Corporation
Suite 200
210 Archbishop F.C. Flores Street
Hagatna, Guam 96910
Telephone: 671-472-1824
Facsimile: 671-472-2422

Attorneys for Plaintiffs
ROBERT MATOS and SLOBODAN PRANJIC

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., | Case No. 96-00055 |
| Plaintiffs, | SUBSTITUTION OF ATTORNEY BY DESIGNATION |
| vs. | |
| FISHING VESSEL CHLOE Z, et al., | [GR 19.1(b)(2)] |
| Defendants. | |

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to GR 19.1(b)(2) Plaintiffs ROBERT MATOS and SLOBODAN PRANJIC hereby designate:

> Jeffrey A. Cooke, Esq.
> Cunliffe & Cooke
> A Professional Corporation
> Suite 200
> 210 Archbishop F. C. Flores Street
> Hagatna, Guam 96910
> Telephone: 671-472-1824
> Facsimile: 671-472-2422

as be their attorneys of record in this action effective immediately in place and stead of:

> Dwight F. Ritter, Esq.
> Ritter & Associates
> 2869 India Street
> San Diego, CA 92103
> Telephone: (619) 296-0123
> Facsimile: (619) 295-0172

**ORIGINAL**

George M. Butler, Esq.
Law Offices of Butler and Telford
Suite 203
American Life Building
Hagatna, Guam 96910
Telephone: 671-475-0200
Facsimile: 671-475-0203

I designate this substitution.

Date: 9-28-07

ROBERT MATOS

I designate this substitution.

Date: 10.01.07

SLOBODAN PRANJIC

I accept this substitution.

CUNLIFFE & COOK
A Professional Corporation

Date: 10/9/07

By: _____
Jeffrey A. Cook

**ORDER**

IT IS SO ORDERED.

Dated: _____

JUDGE OF THE U.S. DISTRICT COURT