UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ROBERT MATOS;<br>In re: SLOBODAN PRANJIC.<br><br>ROBERT MATOS; et al.,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM,<br><br>    Respondent,<br><br>TCW SPECIAL CREDITS; et al.,<br><br>    Real Parties in Interest. | No. 07-72610<br><br>D.C. No. CV-96-00055-JSU<br>District of Guam,<br>Agana<br><br>ORDER |



FILED
DISTRICT COURT OF GUAM
OCT 16 2007
JEANNE G. QUINATA
Clerk of Court

Before: B. FLETCHER, BERZON and BEA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

MOATT

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

OCT 12 2007

Deputy Clerk