DWIGHT F. RITTER, ESQ. (STATE BAR #127030)
RITTER & ASSOCIATES
2869 INDIA STREET
SAN DIEGO, CA 92103
(619) 296-0123

Attorney for Plaintiffs
ROBERT MATOS and SLOBODAN PRANJIC

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.        Plaintiffs,   v.   FISHING VESSEL CHLOE Z, et al.,        Defendants. | Case No. 96-00055   **NOTICE OF LIEN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Ritter & Associates and Dougherty & Hildre, APC have a specific lien against any and all proceeds in this matter, relating to compensation received by ROBERT MATOS and SLOBODAN PRANJIC, including, but not limited to, settlements, judgments, prejudgments interest and post-judgment interest, and any other compensation decided by this Court.

Ritter & Associates and Doherty & Hildre APC have represented ROBERT MATOS and SLOBODAN PRANJIC under a contingency fee contract since approximately 1991. During these 16+ years, Ritter & Associates and Dougherty & Hildre APC have

1

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
NOTICE OF LIEN

Case 1:96-cv-00055    Document 1638    Filed 10/19/2007    Page 1 of 3

ORIGINAL

engaged in extensive pretrial litigation, tried four cases before the District Court, participated in a post-appeal evidentiary hearing, represented ROBERT MATOS and SLOBODAN PRANJIC four times before the Ninth Circuit and one time before the United States Supreme Court.

On or about September 6, 2007, Ritter & Associates received notice of a letter from ROBERT MATOS and SLOBODAN PRANJIC (dated September 4, 2007) discharging Ritter & Associates and selecting attorney Jeffrey A. Cook in Guam as their new counsel. This letter also indicated Ritter & Associates should communicated with Banning, Micklow and Bull regarding documents related to their cases. Ritter & Associates is diligently working to transmit all appropriate information to Banning, Micklow & Bull, including matters which are still pending before both the District Court and the Ninth Circuit in these cases.

Ritter & Associates and Dougherty & Hildre, APC have a lien in the amount of the reasonable value of their services or the established contingency fee which is due immediately upon the occurrence of any contingency contemplated by the retainer agreements signed by ROBERT MATOS and SLOBODAN PRANJIC. In addition, Ritter & Associates and Dougherty & Hildre, APC claim a lien for the full amount of costs, expenses, and advances made on behalf of MATOS and PRANJIC over the past 16+ years, which currently is at least $ 813,214.19 and includes costs advanced by Dougherty & Hildre APC.

Documents which support the lien for attorney's fees and

2

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
NOTICE OF LIEN
Case 1:96-cv-00055   Document 1638   Filed 10/19/2007   Page 2 of 3

costs, expenses, advances, etc., have been or will be transmitted to Banning, Micklow & Bull.

**Ritter and Associates request notice and the opportunity to be heard, prior to any distribution of funds from the Court's Registry.**

Respectfully submitted:

RITTER & ASSOCIATES

Dated: 10/12, 2007

*/s/ Dwight Ritter*

DWIGHT F. RITTER, Esq.
Attorney for Plaintiffs,
ROBERT MATOS and
SLOBODAN PRANJIC

3

In re: TCW Special Credits, et al. v. F/V Chloe Z, et al. Case No. 96-00055
NOTICE OF LIEN

Case 1:96-cv-00055   Document 1638   Filed 10/19/2007   Page 3 of 3