LAW OFFICES
**CUNLIFFE & COOK**
Suite 200
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: *Plaintiff-In-Intervention*
*Slobodan Pranjic and Robert Matos*



**FILED**
DISTRICT COURT OF GUAM

MAR 1 2 2008 ᵣ D.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| TCW SPECIAL CREDITS, et. al., | ) | CIVIL CASE NO. 96-00055 |
| Plaintiffs, | ) | |
| vs. | ) | **STIPULATION RE: STATUS CONFERENCE** |
| FISHING VESSEL CHLOE Z, *et. al.*, | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsels of record, that the Court set a Status Conference in the above-entitled action.

**SO STIPULATED.**

Dated: February 14, 2008                           Dated: February 15, 2008

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for *Plaintiffs-In-Intervention*
*Slobodan Pranjic and Robert Matos*

**ARRIOLA COWAN & ARRIOLA**
Attorneys for *Defendant F/V Chloe Z*

By: _____
JEFFREY A. COOK, ESQ.

By: _____
ANITA P. ARRIOLA, ESQ.

**ORIGINAL**

**STIPULATION RE: STATUS CONFERENCE**
TCW Special Credits et al. v. Fishing Vessel Chloe Z et al.
*Civil Case No. 96-00055*     Page Two

Dated: ~~February~~ March , 2008

**MAHER YANZA FLYNN TIMBLIN**
Attorneys for *Plaintiff*
*TCW Special Credits*

By: _____
    LOUIE J. YANZA, ESQ.