Michael A. Barcott
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289

Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: 671-477-9730/3
Facsimile: 671-477-9734

Attorney for M/V CHLOE Z


FILED
DISTRICT COURT OF GUAM
AUG 0 1 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br> vs. <br><br> F/V CHLOE Z, et al., <br><br> Defendants, | Civil Case No. 96-00055 <br><br> **REQUEST FOR DEFENSE COUNSEL TO APPEAR AND PARTICIPATE AT HEARING BY TELEPHONE** |

Defendant Chloe Z respectfully requests that its lead trial counsel Michael Barcott appear at the status conference on August 19, 2008 presently scheduled for 9:30 a.m., by telephone. Mr. Barcott resides and practices in Seattle, Washington and his presence and participation at the hearing are critical.

Dated this ___ day of August, 2008.

ARRIOLA COWAN & ARRIOLA
Attorneys for Defendant CHLOE Z

By: _____
ANITA P. ARRIOLA

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of August 2008, a true and correct copy of the foregoing was sent via U.S. Mail to:

Dwight F. Ritter
LAW OFFICES OF DWIGHT F. RITTER
170 Laurel Street
San Diego, CA 92101

Kurt L. Micklow
Banning Micklow & Bull LLP
One Market, Steuart Tower, Suite 1440
San Francisco, CA 94105

Craig Miller
Davis Wright Tremaine LLP
1201 3rd Avenue, Suite 2200
Seattle, WA 98101-3045

and via Hand Delivery to:

Jeffrey A. Cook
Cunliffe & Cook, P.C.
Ste. 200, 210 Archbishop Flores Street
Hagatna, Guam 96910

Louie J. Yanza, Esq.
Maher Yanza Flynn Timblin LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagatna, Guam 96910-5004

_____
**ANITA P. ARRIOLA**