Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel: (206) 757-8104
Fax: (206) 757-7104

PLN Lawyers
222 Clarence Street Level 3
Sydney, NSW 2000 Australia
Tel: 61 (2) 9267-7344
Fax: 61 (2) 9267-78644

Louie J. Yanza
**MAHER YANZA FLYNN TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910-5004
Tel: (671) 477-7059
Fax: (671) 472-5487

**FILED**
DISTRICT COURT OF GUAM

AUG 0 5 2008

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> F/V CHLOE Z, et al., <br><br> Defendants. <br><br> VJEKO MAZIC, <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> M/V CHLOE Z, et al., <br><br> Defendants. | CIVIL CASE NO. 96-00055 <br><br><br> **TCW SPECIAL CREDITS' NOTICE OF PARTICIPATION AT HEARING VIA TELEPHONE; CERTIFICATE OF SERVICE** |

Plaintiff TCW SPECIAL CREDITS ("TCW") hereby notifies the Court that counsel of record Craig Miller wishes to participate at the hearing for the Status Conference, scheduled for August 19, 2008 at 9:30 a.m., via telephone.

Respectfully submitted this 5th day of August, 2008.

**Attorneys for TCW SPECIAL CREDITS**

**MAHER YANZA FLYNN TIMBLIN, LLP**

By _____
LOUIE J. YANZA

Craig Miller
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel: (206) 757-8104
Fax: (206) 757-7104

---

PLN Lawyers
222 Clarence Street Level 3
Sydney, NSW 2000 Australia
Tel: 61 (2) 9267-7344
Fax: 61 (2) 9267-78644

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on August 5, 2008, I caused the annexed **TCW SPECIAL CREDITS' NOTICE OF PARTICIPATION AT HEARING VIA TELEPHONE** to be served on the parties hereto, via First Class U.S. Mail, to:

Dwight F. Ritter, Esq.
**LAW OFFICES OF DWIGHT F. RITTER**
170 Laurel Street
San Diego, California 92101

Kurt L. Micklow, Esq.
**BANNING MICKLOW & BULL, LLP**
One Market, Stewart Tower, Suite 1440
San Francisco, California 94105

Michael A. Barcott, Esq.
**HOLMES WEDDLE & BARCOTT**
999 Third Avenue, Suite 2600
Seattle, Washington 98104

and via personal service, by delivering and leaving copies of same with:

Jeffrey A. Cook, Esq.
**CUNLIFFE & COOK**
Suite 200, 210 Archbishop Flores St.
Hagatna, Guam 96910

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910

Dated this 5th day of August, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
TCW Special Credits

BY: _____
LOUIE J. YANZA