# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-96-00055  DATE: August 19, 2008
CAPTION: TCW Special Credits vs. Fishing Vessel Chloe Z

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 9:42:37 - 9:50:39
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Louie Yanza for TCW Special Credits  Anita Arriola for Fishing Vessel Chloe Z
Craig Miller appearing telephonically  Michael Barcott appearing telephonically
   for TCW Special Credits     for Fishing Vessel Chloe Z
Jeffrey Cook for Robert Matos and Slobadan Pranjic

---

**PROCEEDINGS: Status Conference**
- The court informs the parties as to the amount in the court registry.
- Court to issue its report and recommendation one week from today

NOTES: