Michael A. Barcott
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008
(206) 340-0289 FAX

Anita P. Arriola
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatna, GU 96932
(671) 477-9730
(671) 477-9734 FAX

Attorneys for the M/V CHLOE Z

FILED
DISTRICT COURT OF GUAM
SEP 0 3 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| TCW SPECIAL CREDITS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>F/V CHLOE Z, et al.,<br><br>Defendants. | Civil Case No. 96-00055<br><br><br><br>**NOTICE OF NON-OBJECTION TO MAGISTRATE'S RECOMMENDATION REGARDING MR. PRANJIC'S JUDGMENT** |
| SLOBODAN PRANJIC,<br><br>Plaintiff-in-Intervention,<br><br>vs.<br><br>M/V CHLOE Z, et al.,<br><br>Defendants. | |

Pursuant to 28 U.S.C. §636(b)(1)(C) CHLOE Z hereby gives notice that it has no

1

objection to the Report and Recommendation of the Magistrate in Mr. Pranjic's case.

DATED this 3rd day of September, 2008.

**ARRIOLA, COWAN & ARRIOLA**

_____
**ANITA P. ARRIOLA, ATTORNEY FOR CHLOE Z**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2008, a true and correct copy of the foregoing was sent via U.S. Mail to:

>William Banning
>Banning Micklow & Bull LLP
>501 West Broadway, Suite 2090
>San Diego, CA 92101-8563
>
>Kurt Micklow
>Managing Partner
>Banning Micklow (San Francisco)
>One Market, Steuart Tower, Suite 1440
>San Francisco, CA 94105-1528
>
>Craig Miller
>Davis Wright Tremaine LLP
>2600 Century Square
>1501 Fourth Avenue
>Seattle, WA 98101-1688
>
>Dwight F. Ritter
>RITTER & ASSOCIATES
>2869 India Street
>San Diego, CA 92103

and via Hand Delivery to:

>Jeffrey A. Cook
>Cunliffe & Cook, P.C.
>Ste. 200, 210 Archbishop Flores Street
>Hagatna, Guam 96910
>
>Louie J. Yanza, Esq.
>Maher Yanza Flynn Timblin LLP
>115 Hesler Place, Ground Floor
>Gov. Joseph Flores Building
>Hagatna, Guam 96910-5004

*[signature]*
ANITA P. ARRIOLA