# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| **TCW SPECIAL CREDITS**, a California general partnership, as Agent and Nominee,<br><br>Plaintiff,<br><br>vs.<br><br>**F/V CHLOE Z, ...In Rem** and **CHLOE Z FISHING COMPANY, INC.,** ...In Personam,<br><br>Defendants.<br><br>**ROBERT MATOS and SLOBODAN PRANJIC**,<br><br>Plaintiffs-in-Intervention,<br><br>vs.<br><br>**M/V CHLOE Z**, *et. al.*,<br><br>Defendants. | Civil Case No. 96-00055<br><br>ORDER RE:<br><br>REPORT AND RECOMMENDATION REGARDING RETURN OF *RES* TO COURT'S REGISTRY |

Presently before the court is the Plaintiffs-in-Intervention Robert Matos and Slobodan Pranjic's ("Plaintiffs-in-Intervention") Motion for Order Requiring TCW Special Credits to Return *Res* to Court's Registry (the "Motion"). Docket No. 1656. The Magistrate Judge, Joaquin V.E. Manibusan, Jr. heard argument from counsel, reviewed the submissions and thereafter filed his Report and Recommendation on February 3, 2009. *See* Docket No. 1697. The Plaintiffs-in-Intervention filed Objections to the Report and Recommendation on February 18, 2009. *See* Docket No. 1704. Defendant M/V Chloe Z ("Chloe Z") and Plaintiff TCW

1  Special Credits ("TCW") did not file Objections but did file Memoranda In Response to the
2  Objections, respectively on February 27, 2009 and March 2, 2009.  *See* Docket Nos. 1708 and
3  1709.
4        Under 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the court
5  may accept, reject or modify in whole or in part the Magistrate Judge's recommendation, but
6  must make a *de novo* determination as to any portion of the recommendation where an objection
7  has been filed.  Upon said review, the court finds that the Objections to the Magistrate Judge's
8  Report and Recommendations are not well taken and they are hereby **OVERRULED**.
9  Accordingly, the Magistrate Judge's Report and Recommendations is hereby **APPROVED** and
10 **ADOPTED** in its entirety.
11       **SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 24, 2009**